**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FELICIA SHYNETT, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv181 |
| | § | Judge Clark/Judge Mazzant |
| JJEA, LLC and ELIZABETH VOSS, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulated Dismissal of All Defendants With Prejudice [Doc. #10].

It  is **ORDERED** that the Stipulated Dismissal of All Defendants With Prejudice [Doc. #10] is accepted by the court. The court further **ORDERS** that Plaintiff's claims and causes of action against Defendants are **DISMISSED** in their entirety, with prejudice, with the parties to bear their own costs and attorney's fees.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** on October 16, 2013.

_____
Ron Clark, United States District Judge